THE PEOPLE *v.* SANTIAGO ET AL.

APPEAL from the District Court of Guayama.

No. 103.—Decided February 24, 1906.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MATERIAL ERROR.—Where there is no bill of exceptions or statement of facts, and it does not appear from the record that a material error was committed, the judgment appealed from will be affirmed.

The facts are stated in the opinion.
*Mr. Rossy, fiscal,* for respondent.
The appellant did not appear.

MR. JUSTICE FIGUERAS delivered the opinion of the court.
This is a prosecution for a violation of the Election Law.

The defendants, after pleading not guilty, were convicted by a jury, and as they showed no cause why judgment should not be pronounced against them, such judgment was pronounced on September 30, 1905, each of the defendants being sentenced to one year in the penitentiary at hard labor, and to pay the costs.

The defendants took an appeal from this judgment to this Supreme Court on October 2, 1905.

The transcripts of the records were received in the office of the secretary of this court on December 20th of the current year, the secretary of the district court certifying that they were true copies of all the material proceedings of record in the case.

There is no statement of facts or bill of exceptions, nor has any brief been filed in this Supreme Court on behalf of the defendants.

The *fiscal* of this court prayed, both by brief and orally at the hearing, that the judgment appealed from should be affirmed.

We have carefully examined the information, the charge to the jury, the verdict and the judgment appealed from, and we have arrived at the conclusion that the defendants had a fair and impartial trial, and that the penalty imposed on each of them does not exceed the limits fixed by law.

We may refer to similar cases, such as that of *Catalino Torruella* and *Juan José Rodríguez,* in which a similar judgment was affirmed by this court on the 20th instant, and that of *José Antonio Lucca* and *Antonio Rodríguez* affirmed on this date.

And, as in the case under consideration, the record does not show that any material error whatsoever has been committed the judgment appealed from should be affirmed in all respects.

*Affirmed.*

Chief Justice Quiñones, and Justices Hernández, MacLeary and Wolf concurred.